STEVEN G. KALAR
Federal Public Defender
Northern District of California
ANGELA M. HANSEN
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:    (510) 637-3507
Email:        Angela_Hansen@fd.org


Counsel for Defendant Sultan


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION


| UNITED STATES OF AMERICA, | **Case No.:** CR 17–585 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO VACATE SUPERVISED RELEASE STATUS HEARING DATE** |
| v. | |
| SAMMY SULTAN, | **DATE:** August 19, 2020 |
| Defendant. | |

The above-captioned matter is set on August 19, 2020, at 2:30 p.m., for a status hearing on a

Form 12 Petition alleging that Sammy Sultan violated the terms of his supervised release.  Mr.

Sultan's violations are based on issues related to mental health counseling and two positive drug tests

on March 25, 2020 and May 14, 2020.  Mr. Sultan's probation officer has verified Mr. Sultan's

participation in mental health counseling and treatment and has verified that he has tested negative

each time he tested since his last positive test in May 2020.  For these reasons, the probation officer

believes that the Court should vacate the hearing date and take judicial notice of the violations in the

Form 12 petition.  As a result, the parties stipulate and agree that the Court should vacate the August

19, 2020 hearing date and take judicial notice of the pending violations.

1

2

3

IT IS SO STIPULATED.

4    Dated:      August 10, 2020

5

6

STEVEN G. KALAR
Federal Public Defender
Northern District of California

7

_____/S/_____

8

ANGELA M. HANSEN
Assistant Federal Public Defender

9

10   Dated:      August 10, 2020

11

12

DAVID L. ANDERSON
United States Attorney
Northern District of California

13

_____/S/_____

14

THOMAS R. GREEN
Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS HEARING
*SULTAN*, CR 17–585 PJH

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMMY SULTAN,<br><br>    Defendant. | **Case No.:** CR 17–585 PJH<br><br>**[PROPOSED] ORDER TO VACATE SUPERVISED RELEASE STATUS HEARING DATE** |

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED that the August 19, 2020, supervised release status hearing date is vacated and the Court takes judicial notice of the allegations in the Form 12.  No further proceedings are necessary on the Form 12 Petition.

    IT IS SO ORDERED.


Dated:        _____                _____
                                             HONORABLE PHYLLIS J. HAMILTON
                                             Chief United States District Judge